CATHOLIC FOREIGN MISSION SOCIETY OF AMERICA, Inc., Respondent, v. OUSSANI, Appellant, et al. (Supreme Court, Appellate Division, Second Department. May 29, 1913.) Action by the Catholic Foreign Mission Society of America, Incorporated, against Joseph Oussani and J. Alva Jenkins.

PER CURIAM. Judgment modified, so as to provide for the execution and delivery to plaintiff of a proper deed, conveying to it in fee simple the premises described in said judgment, free from all incumbrances, except the rights of the public, or of any persons, to use that branch of the Longwood Road that now runs directly before defendant Oussani's house to the Duck farm as a road or right of way, provided any such rights exist, and, as thus modified, affirm-

ed, without costs. See, also, 153 App. Div. 913, 138 N. Y. Supp. 1110.

HIRSCHBERG, J., not voting.